FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2015

CENTRAL DISTRICT OF CALIFORNIA
BY (Sa) DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Marlene Delatorre<br><br>    Defendant. | 15-CR-344-DDP<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) (✓) the appearance of defendant as required; and/or

    (B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant will comply w/ terms of her supervised release. This is based on repeated supervised release violations and drug use._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_defendant will appear for court appearances. Defendant has not been in contact with probation officer since March 2015._

IT IS ORDERED that defendant be detained.

DATED: July 15, 2015

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2